

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:AR
F. #2022R00220

271 Cadman Plaza East
Brooklyn, New York 11201

April 19, 2022

<u>By ECF</u>

The Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Gerald Mack, et al,
               <u>Criminal Docket No. 22-166 (CBA)</u>

Dear Chief Judge Pollak,

      On April 8, 2022, the government indicted defendants Gerald Mack and Sammy Virella on Hobbs Act robbery, Hobbs Act robbery, possessing and brandishing a firearm during a crime of violence, and, as to defendant Sammy Virella only, possessing a firearm as a previously convicted felon. The government understands that Judge Amon has referred the arraignment to Your Honor. The government respectfully requests that the arraignment on the indictment be scheduled for the week of May 2, 2022 given that the defense counsel Kathryn Wozencroft is on trial before Judge Amon in <u>United States v. Kaur et al</u> 21-CR-397 this week and asks that time be excluded until then in the interests of justice. Both defendants consent to an exclusion of time between now and the arraignment.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                       By:    /s/ Antoinette N. Rangel
                                        Antoinette N. Rangel
                                        Assistant U.S. Attorney
                                        (718) 254-7481

cc:    Clerk of the Court (CLP) (via ECF)
        Counsel of Record (via ECF)